*Wednesday, December 13, 2000*

## MOTION DOCKET

**00–1381. State v. Tardif.**

Portage App. No. 99–P–0031. This cause is pending before the court as a discretionary appeal and claimed appeal as of right. On August 2, 2000, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals, and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(1),

IT IS ORDERED by the court, *sua sponte,* that appellant show cause within ten days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

## MISCELLANEOUS DISMISSALS

**00–1215. In re Estate of Bloom.**

Huron App. No. H–00–020. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Huron County. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**00–1839. Cardone v. Cardone.**

Summit App. No. 19867. This cause is pending before the court as a discretionary appeal and cross-appeal. It appears from the records of this court that appellee/cross-appellant has not filed a memorandum in response and in support of cross-appeal, due November 13, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that the cross-appeal be, and hereby is, dismissed, *sua sponte.*

The appeal of Joseph P. Cardone remains pending.

**00–1921. Pfahler v. Natl. Latex Prod. Co.**

Ashland App. No. 00COA1380. This cause is pending before the court as a discretionary appeal. Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Thursday, December 14, 2000*

## MOTION DOCKET

**00–1985. Corrections Corp. of Am. v. Youngstown Human Relations Comm.**

Mahoning App. No. 99CA181. This cause is pending before the court as a discretionary appeal. On December 6, 2000, appellee filed a memorandum in response that listed the name of Frederick L. Douglas as co-counsel. Frederick L. Douglas is not admitted to practice in Ohio and has not sought admission *pro hac vice* as required by S.Ct.Prac.R. I(1) and (2). Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the name of Frederick L. DOUGLAS be, and hereby is, stricken from the memorandum in response and that Frederick L. DOUGLAS shall not be permitted to participate further in this case.